## UNITED STATES DISTRICT COURT
### DISTRICT OF HAWAII

| | |
|---|---|
| GENE CALIWAG | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 21-00367 LEK-RT |
| V. | |
| C&S WHOLESALE GROCERS, INC. | FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII Feb 07, 2024, 9:00 am Lucy H. Carrillo, Clerk of Court |
| Defendant. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant C&S Wholesale Grocers, Inc. and against Plaintiff Gene Caliwag, pursuant to the "Order Granting Defendant's Motion for Summary Judgment", filed on January 12, 2024, ECF No. 56.

| | |
|---|---|
| February 7, 2024 | LUCY H. CARRILLO |
| Date | Clerk |
| | /s/ LUCY H. CARRILLO by EA |
| | (By) Deputy Clerk |